UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.

**03-22165**

CIV MARTINEZ

MAGISTRATE JUDGE
DUBÉ

2003 AUG 13 AM 9:18

NANCY BROOKS and
G. ALAN BROOKS,
her husband,

    Plaintiffs,

v.

THE RITZ-CARLTON
HOTEL COMPANY, L.L.C.,

    Defendant.
_____/

## COMPLAINT

Plaintiffs, NANCY BROOKS and G. ALAN BROOKS, her husband, sue the Defendant, THE RITZ-CARLTON HOTEL COMPANY, L.L.C., ("RITZ"), and state:

### GENERAL ALLEGATIONS

1. This is an action for money damages in excess of $75,000.00.

2. Diversity jurisdiction is vested in this Court pursuant to 28 U.S.C. §1332.

3. Venue is proper in this forum.

4. At all times material, Plaintiff NANCY BROOKS was an adult resident of Miami, Florida, and otherwise sui juris.

5. At all times material, Plaintiff G. ALAN BROOKS was an adult resident of Miami, Florida; was the lawful husband of NANCY BROOKS, and was otherwise sui juris.

6. At all times material, RITZ was a foreign limited liability company, duly registered, with its principal place of business in Maryland. RITZ, a hotel company, does business worldwide, and RITZ owns several major hotels in the Southern District of Florida, as well as maintaining an

international sales office here.

7.  At all times material, RITZ owned and operated the RITZ-CARLTON GOLF & SPA RESORT, ROSE HALL, JAMAICA, a resort property located in or near Montego Bay, Jamaica ("the Resort"). The Resort encompasses, among other facilities, a golf course and hotel, both of which were designed, built, and operated by RITZ.

8.  The golf course in question, the "White Witch" course, sits on 600 acres of hilly, undulating property, and has several holes that have steep inclines or declines that must be traversed by players. However, the severe sloped areas of the course have insufficient or no warnings.

9.  On or around December 14, 2002, Plaintiffs, who were guests at the Resort, decided to play golf.

10. Plaintiffs registered and paid for a round of golf, and were issued a golf cart owned by RITZ. At that time, Plaintiffs were informed by an employee or agent of RITZ that the Resort's policy required Plaintiffs to hire a caddy, which the Resort provided. Plaintiffs were issued a caddy named "Delroy." Delroy was the actual or apparent agent of RITZ, and at all times material was within the course and scope of his agency.

11. The twelfth hole of the course has a severe slope. After G. ALAN BROOKS teed off, Plaintiffs entered the cart and began to drive towards the drop point for the hole.

12. While in the cart, Plaintiffs encountered a severe incline. Unbeknownst to them, Delroy, a large man, had boarded the rear of the cart and was standing behind the golf bags while the cart was moving.

13. The cart began to have trouble making it up the incline. Suddenly, without warning, Delroy yelled something and jumped off of the back of the cart. The force of his jump caused the cart to flip over backwards, ejecting the Plaintiffs and injuring them. G. ALAN BROOKS fortunately

suffered minor injuries; however, NANCY BROOKS suffered severe injuries, including a broken back.

14. Employees or agents of the Resort were summoned to the scene; however, they negligently handled it in such a way as to further injure the Plaintiffs, particularly NANCY BROOKS.

### COUNT I - DIRECT CLAIM OF NANCY BROOKS

15. Plaintiff reallages Paragraphs 1-14 and incorporates them herein.

16. At all times material, NANCY BROOKS was a business invitee of RITZ.

17. As such, RITZ had a duty to exercise due care for the safety of NANCY BROOKS and other Resort guests.

18. This duty included, but was not limited to, the duty to properly train and supervise its staff; the duty to properly maintain its course; the duty to warn NANCY BROOKS and other Resort guests of known dangerous conditions such as the severe slopes on the course; to properly design and construct the course so as to avoid excessive risk to guests; and to avoid taking actions that RITZ or its agents knew or should have known would or could result in injury to guests, including NANCY BROOKS.

19. The actions of RITZ as described herein breached RITZ's duty to NANCY BROOKS.

20. As a direct and proximate result of RITZ's negligence as described herein, Plaintiff suffered bodily injury, disfigurement, expenses of hospitalization and medical and nursing care, pain and suffering, mental anguish, lost wages in the past and future, loss of the ability to earn money, in the past and in the future, and loss of the ability to enjoy life, in the past and in the future. These losses are permanent and/or continuing and Plaintiff will continue to suffer these losses in the future.

### COUNT II - DIRECT CLAIM OF G. ALAN BROOKS

21. Plaintiff realleges Paragraphs 1-14 and incorporates them herein.

22. At all times material, G. ALAN BROOKS was a business invitee of RITZ.

23. As such, RITZ had a duty to exercise due care for the safety of G. ALAN BROOKS and other Resort guests.

24. This duty included, but was not limited to, the duty to properly train and supervise its staff; the duty to properly maintain its course; the duty to warn G. ALAN BROOKS and other Resort guests of known dangerous conditions such as the severe slopes on the course; to properly design and construct the course so as to avoid excessive risk to guests; and to avoid taking actions that RITZ or its agents knew or should have known would or could result in injury to guests, including G. ALAN BROOKS.

25. The actions of RITZ as described herein breached RITZ's duty to G. ALAN BROOKS.

26. As a direct and proximate result of RITZ's negligence as described herein, Plaintiff suffered bodily injury, disfigurement, expenses of hospitalization and medical and nursing care, pain and suffering, mental anguish, lost wages in the past and future, loss of the ability to earn money, in the past and in the future, and loss of the ability to enjoy life, in the past and in the future. These losses are permanent and/or continuing and Plaintiff will continue to suffer these losses in the future.

### COUNT III - CONSORTIUM CLAIM OF G. ALAN BROOKS

27. Plaintiff realleges Paragraphs 1-14 and incorporates them herein.

28. The actions of RITZ, as described, were negligent.

29. The negligence of RITZ, as described herein, has deprived G. ALAN BROOKS of the support, services and consortium of his wife, NANCY BROOKS.

### COUNT IV - CONSORTIUM CLAIM OF NANCY BROOKS

30. Plaintiff realleges Paragraphs 1-14 and incorporates them herein.

31. The actions of RITZ, as described, were negligent.

32. The negligence of RITZ, as described herein, has deprived NANCY BROOKS of the support, services and consortium of her husband, G. ALAN BROOKS.

## JURY TRIAL DEMANDED

33. Plaintiffs demand trial by jury on all issues so triable.

WHEREFORE, Plaintiffs demand judgment for money damages, court costs, prejudgment interest on all liquidated damages, and all other relief the Court sees fit to grant, after trial by jury on all issues so triable.

FEILER, LEACH &
McCARRON, P.L.
Attorneys for Plaintiff
901 Ponce de Leon Blvd.
Penthouse Suite
Coral Gables, FL 33134
Tel. (305) 441-8818
Fax (305) 441-8081
FeilerLeachPL@aol.com

By: _____
Michael B. Feiler
Fla. Bar No. 098477

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

03-22165

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
NANCY BROOKS and G. ALAN BROOKS, her husband

**DEFENDANTS**
THE RITZ-CARLTON HOTEL COMPANY, L.L.C.

CIV-MARTINEZ

MAGISTRATE JUDGE DUBÉ

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Dade
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT:
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Filed by ___
AUG 13 AM

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
FEILER, LEACH MCCARRON, P.L.   (305) 441-8818
901 Ponce de Leon Blvd., Penthouse Suite
Coral Gables, Florida 33134  atty per Martin Leach

ATTORNEYS (IF KNOWN)

**(d)** CIRCLE COUNTY WHERE ACTION AROSE: (DADE), MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

Dade 1:03CV22165 Martinez/Dubé

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | B☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | B☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | B☐ 630 Liquor Laws | **A PROPERTY RIGHTS** | B☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | | B☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | B☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | B☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | B☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **A LABOR** | **B SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | B☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| B☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | B☐ 530 General | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | A☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | A☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | B☐ 540 Mandamus & Other | | A☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions A OR B |
| ☐ 290 All Other Real Property | | B☐ 550 Civil Rights | | | |
| | | B☐ 555 Prison Condition | | | |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)
28 USC 1332   Premises liability in foreign country

LENGTH OF TRIAL
via 5 days estimated (for both sides to try entire case)

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23
DEMAND $ Over 75000
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES   ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE 8/11/03
SIGNATURE OF ATTORNEY OF RECORD

$150.00  887424

FOR OFFICE USE ONLY

RECEIPT # ____   AMOUNT ____   APPLYING IFP ____   JUDGE ____   MAG. JUDGE ____

08/13/03